UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 09cv1741-DMS(BLM) |
| Plaintiff, | ) ) | **JUDGMENT OF FORFEITURE** |
| v. | ) ) | |
| $2,472.00 IN U.S. CURRENCY, | ) ) | |
| Defendant. | ) ) | |

Having reviewed the foregoing Joint Motion and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved.

1. The parties have entered into this joint motion in order to resolve the matter of the seizure and forfeiture of the above-referenced defendant, $2,472.00 in U.S. Currency, ("defendant currency").

2. The parties have agreed to a settlement which is hereinafter described in its particulars:

   a. The defendant currency, $2,472.00, represents the total amount of U.S. currency seized by law enforcement from the trailer located on the property of 3305 Buena Hills Drive on March 8, 2009.

//

//

   b. $72.00 of the defendant currency shall be forfeited and condemned to the United States pursuant to Title 21, United States Code, Section 881.  $2,400.00 of the defendant currency shall be returned to Claimant Janice L. Cardiff.

 3. The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations the claimant owes to the United States.

 4. The person or persons who executed the search warrant and/or made the seizure or the prosecutor shall not be liable to suit or judgment on account of the search and/or the seizure in accordance with Title 28, United States Code, Section 2465.  The parties have agreed that by entering into this joint motion, neither has "substantially prevailed" within the meaning of 28 U.S.C. § 2465.  All parties shall bear their own costs and expenses, including attorney fees.  Judgment shall be entered on the complaint pursuant to the terms described above.

 5. Claimant has warranted and represented as a material fact that she is the sole owner of the defendant currency and has further warranted that no other person or entity has any right, claim or interest in the defendant currency, and that she will defend and indemnify the United States against any and all claims made against it on account of the seizure and forfeiture of the defendant currency.

 6. The Claimant, her agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the defendant currency.

 This case is hereby ordered closed.  Let judgment be entered accordingly.

 **IT IS SO ORDERED.**

DATED:  November 10, 2009

                _____
                HON. DANA M. SABRAW
                United States District Judge